IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY AHRENS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UCB HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 1:15-cv-00348-TWT |

**ORDER**

For good cause shown, it is hereby ORDERED that the above-captioned matter shall remain STAYED through and until January 9, 2017. The Parties shall file a motion for preliminary approval of settlement on or before January 9, 2017. All other deadlines are correspondingly tolled through and until January 9, 2017.

IT IS SO ORDERED this 4th day of January, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Court Judge
Northern District of Georgia

2196076.2