**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

GREGORY AHRENS, et al.,

     Plaintiffs,

v.

UCB HOLDINGS, INC., et al.,

     Defendants.

Case No. 1:15-cv-00348-TWT

**ORDER**

For good cause shown, it is hereby ORDERED that the above-captioned matter shall remain STAYED through and until January 17, 2017. The Parties shall file a motion for preliminary approval of settlement on or before January 17, 2017. All other deadlines are correspondingly tolled through and until January 17, 2017.

IT IS SO ORDERED this 10th day of January, 2017.

**/s/Thomas W. Thrash**
THOMAS W. THRASH, JR.
United States District Court Judge
Northern District of Georgia