IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY AHRENS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UCB HOLDINGS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:15-cv-00348-TWT |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT, PLAN OF
ALLOCATION, AND APPROVAL OF NOTICE TO THE CLASS**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court for an order granting preliminary approval of the class action settlement negotiated by the parties and the plan of allocation proposed by Plaintiffs' counsel, approval of notice to be sent to the class, and related relief as set forth in the proposed Order attached to Plaintiffs' Unopposed Motion for Certification of Settlement Class. This Motion is supported by the Settlement Agreement, Plan of Allocation, Memorandum of Points and Authorities, and Declarations of Joseph A. Creitz and R. Joseph Barton filed herewith.

Plaintiffs further request that the Court order a hearing on the expected Motion for Final approval. This Motion is unopposed.

Dated:  January 17, 2017                    Respectfully submitted,

/s/ Stephen Anderson
Stephen Anderson
Georgia Bar No. 018325
ANDERSON DAILEY LLP
2002 Summit Blvd.
Suite 1250
Atlanta, GA 30319
Tel: 404/442-1800
Fax: 404/442-1820
Anderson@andersondailey.com

Joseph A. Creitz
CREITZ & CEREBIN LLP
250 Montgomery
Suite 1410
San Francisco, CA 94104
Tel: 415/446-3090
Joseph.creitz@gmail.com

        R. Joseph Barton
        BLOCK & LEVITON LLP
        1735 20th Street. N.W.
        Washington D.C. 20009
        Tel: 202/734-7046
        jbarton@blockesq.com

*Attorneys for Plaintiffs*

## LOCAL RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that the foregoing document has been prepared with one of the font and point selections approved by the Court in LR 5.1(B).

/s/_Joseph A. Creitz
Joseph A. Creitz

# CERTIFICATE OF SERVICE

I hereby certify that I have on this day caused to be filed electronically via CM/ECF a true copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION, AND APPROVAL OF NOTICE TO THE CLASS** in the United States District Court for the Northern District of Georgia, with notice of same being electronically served by the CM/ECF system, addressed to the following:

Michael S. French
Georgia Bar No. 276680
Daniel H. Gaynor
Georgia Bar No. 351612
WARGO & FRENCH LLP
999 Peachtree Street NE, 26th Floor
Atlanta, GA 30309

Anne E. Rea
Chris K. Meyer
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

*Counsel for Defendants*

This 17th day of January, 2017.

/s/   R. Joseph Barton
R. Joseph Barton

1