IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY AHRENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UCB HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 1:15-cv-00348-TWT |

## ORDER

For good cause shown, it is hereby ORDERED that the deadline for the filing the final approval motion is extended to and including May 4, 2017. All other deadlines set forth in the Court's February 9, 2017 Order (Dkt. 66) remain in effect.

IT IS SO ORDERED this 7th day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Court Judge
Northern District of Georgia